ACCEPTED
14-14-00462-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 10:47:34 AM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00462-CV**

_____

IN THE FOURTEENTH COURT OF APPEALS AT HOUSTON

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 10:47:34 AM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS,

*Appellant*,

v.

TREELINE PARTNERS, LTD., a Texas Limited Partnership, Laroca Partners H, LTD., a Texas Limited Partnership and CBS Outdoor, Inc., a Delaware Corporation,

*Appellees.*

_____

**APPELLEE TREELINE'S UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE**

_____

Trial Court Cause No. 1016954
On Appeal from County Court at Law Number Three of Harris County, Texas
The Honorable Linda Storey, Judge Presiding

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellant Procedure, Treeline Partners, Ltd., a Texas Limited Partnership, and Laroca Partners H, Ltd., a Texas Limited Partnership (collectively "Treeline") files this its Unopposed First Motion for Extension of Time to File Brief of Appellee, and would show the Court as follows:

1

1.      Appellant, the State of Texas, filed its Brief of Appellant on January 6, 2015, after taking three extensions.

2.      Appellee Treeline's Brief of Appellees is due to be filed on February 6, 2015.

3.      Appellee Treeline requests a 30-day extension of time to file its Brief of Appellee until Monday, March 9, 2015 (the 30th day falls on Sunday, March 8).

4.      This is Appellee Treeline's First Motion for extension of time to file its Brief.

5.      Appellee requests an extension because this case involves a lengthy appellate record consisting of 1,134 pages in the Clerk's Record and 16 volumes of reporter's record consisting of 2,536 pages.

6.      Appellant, the State of Texas is not opposed to this Motion.

For these reasons, Appellee Treeline prays that the Court grant this Motion and extend the time for filing its Brief of Appellee to and including March 9, 2015. Treeline prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**


*/s/ Marie R. Yeates*
Marie R. Yeates
State Bar No. 22150700
myeates@velaw.com
H. Dixon Montague
State Bar No. 14277700
dmontague@velaw.com
Billy C. Dyer
State Bar No. 06312580
bdyer@velaw.com
Catherine B. Smith
State Bar No. 03319970
csmith@velaw.com
David G. Wall
State Bar No. 25060788
dwall@velaw.com
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.2086
Facsimile: 713.615. 5461

*Attorneys for Appellees Treeline Partners, Ltd.,*
*and Laroca Partners H, Ltd*.


## CERTIFICATE OF CONFERENCE

I hereby certify that on January 29, 2015, I conferred with Susan Desmarais Bonnen (attorney for Appellant, the State of Texas) *via* email, and she indicated that the State was not opposed to this motion. I certify that on January 29, 2015, I conferred with Richard Rothfelder (attorney for Appellee, CBS Outdoor) *via* email, and he indicated that CBS Outdoor was not opposed to this motion.


*/s/ H. Dixon Montague*
H. Dixon Montague

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 30, 2015, the foregoing Brief of Appellees was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:

Susan Desmarais Bonnen
susan.bonnen@texasattorneygeneral.gov
Phillip Arnold
philip.amold@texasattomeygeneral.gov
Esther Fraser
Esther.fraser@texasattorneygeneral.gov
Assistant Attorneys General
P.O. Box 12548
Austin, Texas 78711-2548
 *Attorneys for Appellants*
 *Via Electronic Service*

ROTHFELDER & FALICK, LLP
Leslie Taylor
Leslie54Taylor@att.net
Richard L. Rothfelder
rrothfelder@swbell.net
1201 Louisiana Street, Suite 550
Houston, Texas 77002
 *Attorneys for Appellee, CBS Outdoor*
 *Via Electronic Service*

*/s/ Catherine B. Smith*
Catherine B. Smith

US 3265571v.1